No. 866.   McLaughlin Land & Livestock Co. v. Bank of America National Trust & Savings Assn.   May 5, 1941.   Petition for writ of certiorari to the District Court of Appeal, 1st Appellate District, of California, denied. Mr. Justice Douglas took no part in the consideration and decision of this application. *Mr. George Thomas Davis* for petitioner. *Mr. Herbert W. Erskine* for respondent.

No. 871.   Niagara Hudson Power Corp. v. Hoey, Collector of Internal Revenue.   May 5, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   Mr. Justice Douglas took no part in the consideration and decision of this application.   *Messrs. Horace R. Lamb* and *Randall J. Le Boeuf, Jr.* for petitioner.   *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Richard H. Demuth,* and *Joseph M. Jones* for respondent.

No. 894.   National Labor Relations Board v. E. I. DuPont de Nemours & Co.; and
No. 895.   National Labor Relations Board v. Association of Chemical Employees at Belle Works of E. I. DuPont de Nemours & Co.   May 5, 1941.   Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.   Mr. Justice Roberts took no part in the consideration and decision of this application. *Solicitor General Biddle* and *Mr. Robert B. Watts* for petitioner. *Mr. Robert S. Spilman* for E. I. Du Pont de Nemours & Co., and *Mr. Charles S. Rhyne* for the Association of Chemical Employees, respondents.   Reported below: 116 F. 2d 388.